United States District Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROSANDRA DAYWALKER, M.D., | § § § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-99 |
| | § | |
| THE UNIVERSITY OF TEXAS MEDICAL BRANCH, et al., | § § § | |
| | § | |
| *Defendants.* | § | |

## **ORDER**

Before the court is the plaintiff's motion to seal docket entry 148. *See* Dkt. 149. The motion is granted. Docket entry 148 is ordered sealed.

Signed on Galveston Island this 14th day of September, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE